ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 10 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Respondent/Plaintiff, | ) |
| vs. | )    No. 3:01-CR-0134-M (01) |
| | )    No. 3:03-CV-0217-M |
| DEBRA COATES, ID # 26814-177, | ) |
| a.k.a. Debra Flemons, | ) |
|     Movant/Defendant. | ) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

SIGNED this 10th day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE